UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**GERARD PETIT,**

    Plaintiff,

vs.                          CASE NO.:

**RELIANCE STANDARD LIFE INSURANCE COMPANY,**

    Defendant.

_____/

## COMPLAINT

COMES NOW the Plaintiff, GERARD PETIT, ("Petit"), by and through the undersigned attorney, and sues the Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY ("Reliance") and alleges as follows:

## GENERAL ALLEGATIONS

1. This is an action for relief under the Employee Retirement Income Security Act ("ERISA"), as amended, 29 U.S.C. §§1001, et seq.

2. This Court has jurisdiction pursuant to 29 U.S.C. §1132(e).

3. This Court has venue pursuant to 29 U.S.C. §1132(e). In particular, in ERISA actions, venue is proper where the performance of the Plan terms was to take place. Benefits here were to be paid at Petit's home address in Jacksonville, Florida. See Exhibit "A" attached hereto.

4. Petit is and/or was a participant in each of the plans, funds, programs or arrangements described herein.

5. Petit was an employee of ARCO Business Services ("ARCO" or "Employer") and as such he was insured through a group disability policy issued to ARCO by Reliance.

6. The Employer is the Plan Sponsor and Plan Administrator of the employee welfare benefit plan providing long term disability benefits.

7. The "Plan" is a welfare benefit plan established under ERISA to provide long term disability benefits to those participants who satisfy the terms and conditions of the Plan to receive such benefits.

8. A copy of what purports to be a document describing benefits payable under the Plan is in Defendant's possession.

9. Reliance is the claims administrator, it makes the "full and fair" final review of claims and it insures the payment of benefits under the Plan.

10. Reliance denied and/or terminated Petit's claim finding that he was not disabled under the terms of the Plan. Reliance's last denial letter is dated August 4, 2025.

11. With respect to the claims made herein, Petit has exhausted his administrative remedies and/or exhaustion has been excused or is waived.

## COUNT I
### (Action for Plan Benefits 29 U.S.C. §1132(a)(1)(B))

Petit incorporates the allegations contained in paragraphs 1 through 11 above, and further states:

12. The Plan provided for the payment of long term disability benefits in the event Petit became disabled as defined in the Plan. The Plan also provided for the continuation of other benefits in the event of disability. The other benefits are described with particularity in the applicable plan documents for those plans.

13. Petit was and is disabled as defined by the Plan at all times material hereto.

14. Petit made a claim for Plan benefits. Said claim for benefits was terminated or denied.

15. Petit is entitled to Plan benefits.

16. Reliance has failed and refused to pay Petit sums due pursuant to the terms of the Plan, breaching the terms of said Plan.

17. Because of the failure to pay benefits pursuant to the terms of the Plan, Petit has been forced to retain the undersigned attorneys and is obligated to pay them a reasonable attorney's fee. Petit is entitled to recover attorney's fees as authorized by 29 U.S.C. §1132(g).

WHEREFORE, plaintiff, Petit, prays for relief from defendant, Reliance, for the payment of disability benefits, reinstatement to all other benefits, including the waiver of premiums as if benefits had never been terminated or denied, plus attorney's fees and costs and any other such further relief as the Court deems proper.

Date:  October 15, 2025.

                         */s/ Gregory D. Swartwood*
                         Gregory D. Swartwood, Esq.
                         Florida Bar No. 858625
                         The Nation Law Firm LLP
                         570 Crown Oak Centre Drive
                         Longwood, FL 32750
                         Telephone:  (321) 397-9775
                         Facsimile:  (407) 867-4845
                         E-Mail:  gswartwood@nationlaw.com
                         Attorneys for Plaintiff